# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A CIRCUIT JUDGE FOR SERVICE IN A DISTRICT COURT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over a Specific Case*

Pursuant to 28 U.S.C. § 291(b), I hereby designate The Honorable **Carlos T. Bea,** United States Circuit Judge for the Ninth Circuit Court of Appeals, to perform the duties of United States District Judge temporarily for the Northern District of California for the specific case *Dugard v. United States*, Case No. 11-cv-04718.

Dated:   October  14 , 2011

Alex Kozinski
Chief Judge

cc:   Hon. Carlos T. Bea
      Hon. James Ware, Chief Judge, Northern District of California
      Molly Dwyer, Clerk, Court of Appeals
      Richard Wieking, Clerk, Northern District of California