UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as Guardian ad Litem for her Minor Children, Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, inclusive, Defendants. | Case No. CV-11-4718-CTB<br><br>ORDER REGARDING HEARING ON UNITED STATES' MOTION TO DISMISS<br><br>Hon. Carlos T. Bea |

The court notes that the parties have each failed to address principal cases cited by the other side. Consequently, it is hereby ORDERED that both parties should be prepared to discuss at oral argument *In re the Glacier Bay*, 71 F.3d 1447 (9th Cir. 1995); *General Dynamics Corp. v. United States*, 139 F.3d 1280 (9th Cir. 1998); and *Vickers v. United States*, 228 F.3d 944 (9th Cir. 2000). The parties should be prepared to address whether and how these cases are in tension, and if they are not, which case is most applicable to the facts of this case.

SO ORDERED.

Date: January 4, 2012

*/s/ Carlos Bea*
The Honorable Carlos T. Bea
UNITED STATES CIRCUIT JUDGE