UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as Guardian ad Litem for her Minor Children,<br>　　　　Plaintiffs<br><br>　v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No. CV-11-4718-CTB<br><br>ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Hon. Carlos T. Bea |

　　　　The Initial Case Management Conference is set for 2 p.m. on May 17, 2012. All deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. All parties shall comply with the attached Standing Orders.

SO ORDERED.


Date:  April 9, 2012 　　　　　　　　　 /s/ Carlos T. Bea
　　　　　　　　　　　　　　　　　　　　The Honorable Carlos T. Bea
　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE