UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as Guardian ad Litem for her Minor Children,<br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, inclusive,<br>Defendants. | Case No. CV-11-4718-CTB<br><br>ORDER<br><br>Hon. Carlos T. Bea |

The dates proposed by the parties in their Joint Case Management Statement filed May 21, 2012, are adopted and will be enforced.

SO ORDERED.

Date: July 30, 2012              /s/ Carlos T. Bea
                                 The Honorable Carlos T. Bea
                                 UNITED STATES CIRCUIT JUDGE