UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as GUARDIAN AD LITEM for her MINOR CHILDREN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 3:11-cv-04718-CTB<br><br>Order Re: Defendant's Motion to Compel Discovery |

Before: Hon. Carlos T. Bea, Circuit Judge,

　　　The Court adopts the Tentative Decision filed January 23, 2013 as the Order of the Court.

IT IS SO ORDERED.

DATED: January 28, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Carlos T. Bea　　　　　　
　　　　　　　　　　　　　　　　　　　Hon. Carlos T. Bea, Circuit Judge