UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as GUARDIAN AD LITEM for her MINOR CHILDREN,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 3:11-cv-04718-CTB<br><br>Order |

Before: Hon. Carlos T. Bea, Circuit Judge,

The Court is in receipt of Defendants' Amended Administrative Motion to file materials under seal.

By Tuesday, August 20, 2013, Plaintiffs are ordered to file any objections to the Defendants' Amended Administrative Motion to file materials under seal.

If the Court grants or partially grants Defendants' Amended Administrative Motion to file materials under seal, the Court will close the courtroom to all but parties and their counsel for the hearing on September 23, 2013.

IT IS SO ORDERED.

DATED: August 13, 2013

   /s/ Carlos T. Bea

Hon. Carlos T. Bea, Circuit Judge