# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as GUARDIAN AD LITEM for her MINOR CHILDREN,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, and DOES 1 through 50, inclusive,<br><br>          Defendants. | No. 3:11-cv-04718-CTB<br><br><br>Scheduling Order |

Before: Hon. Carlos T. Bea, Circuit Judge,


This matter is currently scheduled for trial beginning December 9, 2013.


The trial is hereby continued, and will begin December 16, 2013, at 9:00 am.


IT IS SO ORDERED.

DATED: August 15, 2013

                                        /s/ Carlos T. Bea
                                        Hon. Carlos T. Bea, Circuit Judge