UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAYCEE DUGARD, individually, and as GUARDIAN AD LITEM for her MINOR CHILDREN,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 3:11-cv-04718-CTB<br><br>Order for Parties to Prepare Evidence for Oral Argument |

Pursuant to Federal Rules of Civil Procedure 56 and 12(c), it is hereby ORDERED:

At the Motions Hearing scheduled for September 23, 2013, the parties will be prepared to demonstrate precisely the presence or absence of evidence from which a rational trier of fact could conclude that it is more likely than not that

1) had Garrido's parole been revoked as a result of any specific drug test or tests, he would have been remanded to custody, and would have remained in such custody, until at least June 10, 1991; and

2) had Garrido been incarcerated as a result of a failed drug test or tests and had been released prior to June 10, 1991, he would not have kidnapped Plaintiff Jacyee Dugard.

3) Counsel should be prepared to cite at oral argument the name of any witness whose testimony supports that party's assertion, the record location of that testimony, and/or any document that supports that assertion.

IT IS SO ORDERED.

DATED: 9/10/13

*Carlos Bea*
_____
Hon. Carlos T. Bea, Circuit Judge